UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
SHAKUR TRAVEL, LLC,                                                   :
:
                     Plaintiff,                          :
:       25-CV-3253 (JMF)
      -v-                                                         :
:       ORDER
HISCOX INSURANCE COMPANY, INC., HISCOX,                               :
INC., and DWF CLAIMS (USA) LLC,                                       :
:
                     Defendants.                         :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 18, 2025, this action was removed from the Supreme Court of New York, New York County, by Defendant DWF Claims (USA) LLC ("DWF"). *See* ECF No. 1 ("Notice of Removal"). DWF asserts that jurisdiction in this Court is proper by reason of diversity of citizenship, pursuant to 28 U.S.C. § 1332. *See id.* ¶¶ 9-12. DWF alleges that it is a citizen of Illinois, and that Defendant Hiscox Insurance Company, Inc. is a citizen of Illinois. *Id.* It alleges that Plaintiff Shakur Travel, LLC is a citizen of New York. *Id.* The Notice of Removal includes no allegations at all regarding the status or citizenship of Defendant Hiscox, Inc.

      It is well established that a limited liability company ("LLC") is deemed to be a citizen of each state of which its members are citizens. *See, e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir. 2000). Thus, a notice of removal premised upon diversity of citizenship must allege the citizenship of natural persons who are members of an LLC and the place of incorporation and principal place of business of any corporate entities that are members of the LLC. *See id.*; *see also, e.g.*, *In re Bank of Am. Corp. Sec., Derivatives, and ERISA Litig.*, 757 F. Supp. 2d 260, 334 n.17 (S.D.N.Y. 2010); *Lewis v. Allied Bronze LLC*, No. 07 Civ. 1621

(BMC), 2007 WL 1299251, at *1-2 (E.D.N.Y. May 2, 2007) (remanding removed action for lack of diversity jurisdiction).  In the present case, the Notice of Removal fails to do so for both Plaintiff Shakur Travel, LLC, and for Defendant DWF Claims (USA) LLC.  Moreover, it includes no allegations whatsoever regarding the status or citizenship of Defendant Hiscox, Inc.

Accordingly, it is hereby ORDERED that, on or before April 29, 2025, Defendant shall amend its Notice of Removal to allege the citizenship of Defendant Hiscox, Inc. and the citizenship of each constituent person or entity comprising the LLC parties (including the states of incorporation and principal places of business of any corporate entity members).  If, by that date, Defendant is unable to amend its Notice of Removal to truthfully allege complete diversity of citizenship, then the action will be remanded to the Supreme Court of New York, New York County, without further notice to either party.

Finally, Defendant is directed to, **within two business days of this Order**, serve on Plaintiff and the other Defendants a copy of this Order and to file proof of such service on the docket.  Counsel for Plaintiff and the other Defendants are directed to file a notice of appearance on the docket **within two business days of such service**.

SO ORDERED.

Dated: April 22, 2025
      New York, New York

                                      JESSE M. FURMAN
                                    United States District Judge